■ Loretta Cash et al., Appellants, v Colette Bonelli et al., Defendants, and Tenacious Frenchman, Inc., Doing Business as Checkers Checkout Convenience Stores, Respondent. [649 NYS2d 825] —Appeal from an order of the Supreme Court (Ryan, Jr., J.), entered June 5, 1995 in Clinton County, which granted a motion by defendant Tenacious Frenchman, Inc. for summary judgment dismissing the complaint and all cross claims against it.

Order affirmed, upon the opinion of Justice Andrew W. Ryan, Jr.

Mikoll, J. P., Crew III, Yesawich Jr., Peters and Carpinello, JJ., concur. Ordered that the order is affirmed, with costs.